# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN VLAHAKIS; E. VAN VLAHAKIS DESCENDANTS TRUST NO. 2 U/T/A DATED 10/31/12; and, EARTHY LLC <br><br> Plaintiffs <br><br> v. <br><br> KELLY VLAHAKIS-HANKS; VENUS LABORATORIES, INC.; and THE E. VAN VLAHAKIS FAMILY TRUST U/D/T 2/26/86, AS AMENDED, <br><br> Defendants. | No. 15-cv-1666 |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1331 and 1441, Defendants Kelly Vlahakis-Hanks ("Kelly") and Venus Laboratories, Inc. ("Venus") (collectively "Removing Defendants"), hereby remove this action from the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, Case No. 2015 CH 000015 and Case No. 2015 MR 000131 which was consolidated with Case No. 2015 CH 000015, to the United States District Court for the Northern District of Illinois, Eastern Division.[1]  Federal question jurisdiction now exists within the meaning of 28 U.S.C. § 1331.  In support of this Notice of Removal, and as required under 28 U.S.C. § 1446(a), Removing Defendants state the grounds for removal as follows:

---

[1] By removing this action to this Court, Removing Defendants do not waive any defenses, objections, or motions available under state or federal law.  Removing Defendants expressly reserve the right to move for dismissal of some or all of Plaintiffs' claims.

1. Plaintiff John Vlahakis ("John") commenced this action on January 5, 2015, by filing his Complaint with the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, Case No. 2015 CH 000015, asserting various state claims and seeking injunctive relief in connection with his claims as a purported shareholder, officer and director of Venus.

2. Venus commenced an action on January 27, 2015, by filing its Complaint with the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, Case No. 2015 MR 000131, asserting various state claims and seeking injunctive and other equitable relief.

3. The DuPage County Circuit Court entered an order consolidating Case No. 2015 CH 000015 and Case No. 2015 MR 000131, on February 2, 2015.

4. On February 23, 2015, Plaintiffs filed Plaintiffs' Verified Second Amended Complaint for Equitable and Other Relief, attached as Exhibit A, adding new claims arising under the laws of the United States within the meaning of 28 U.S.C. § 1331, specifically pursuant to the Lanham Act, 15 U.S.C. §§ 1114 and 1125(a).

5. This Notice is being filed within thirty (30) days after the Removing Defendants first received a copy of the pleadings setting forth the claims for relief upon which the action is based, as required by 28 U.S.C. § 1446(b).

6. Pursuant to 28 U.S.C. § 1441(a), removal is proper on the basis of original jurisdiction for this civil action for claims arising under the Lanham Act 15 U.S.C. §§ 1114 and 1125(a).

7. Pursuant to 28 U.S.C. §1367, this Court may assert supplemental jurisdiction over the state law claims in this action because they are so related to the claims that raise a federal question that they form the same case or controversy.

8. As required by 28 U.S.C. § 1446(d), Removing Defendants have attached copies of all state court process, pleadings, and orders on file with the state court to this Notice of Removal as Exhibit B.

9. The E. Van Vlahakis Family Trust, the third defendant in this action, consents to the removal of this action. Therefore, as required by 28 U.S.C. § 1441(a), all defendants who have been properly joined and served consent to the removal of the action.

10. For the foregoing reasons, this Court has jurisdiction over this matter based on federal question jurisdiction pursuant to 28 U.S.C. § 1331. This case may be removed to this Court pursuant to 28 U.S.C. § 1441(c).

11. The United States District Court for the Northern District of Illinois is the federal district encompassing the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, where this suit is currently pending. Venue therefore is proper in this district under 28 U.S.C. § 1441(a).

12. Accordingly, this action may be removed from the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, and brought before the United States District Court for the Northern District of Illinois pursuant to 28 U.S.C. §§ 1446(d). The Removing Defendants will promptly file its Notice of Removal of Civil Action with the Clerk of the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, contemporaneously with this Notice. Copies of the same will be served upon counsel for the Plaintiff.

WHEREFORE, Removing Defendants hereby provide notice and respectfully remove this action from the Circuit Court of the Eighteenth Judicial District, DuPage County, Illinois, to the United States District Court for the Northern District of Illinois under 28 U.S.C. §§ 1331, 1441, and 1446. Should any question arise as to the removal of this matter, Removing

Defendants respectfully request an opportunity to provide briefing and oral argument as to why removal is proper.

Dated: February 24, 2015

Respectfully Submitted,

/s/ Daniel J. Delaney
Daniel J. Delaney
Leslie D. Davis
Alexius C. O'Malley
**DRINKER BIDDLE & REATH LLP**
191 N. Wacker Drive, Chicago, IL  60606
312.569.1000
daniel.delaney@dbr.com
leslie.davis@dbr.com
alexius.omalley@dbr.com
*Attorneys for Defendants Venus Laboratories, Inc. and Kelly Vlahakis-Hanks*

78788330.2