# EXHIBIT B

**PLEADINGS INDEX RE: NOTICE OF REMOVAL**

| | | |
|---|---|---|
| **John Vlahakis v. Kelly Vlahakis-Hanks, et al.**<br>**Case No.: 2015CH000015**<br>**Consolidated with 2015 MR 000131** | | |
| 1. | 1/05/15 | Plaintiff John Vlahakis' Complaint for Equitable and Other Relief |
| 2. | 1/05/15 | Plaintiff John Vlahakis' Summons |
| 3. | 1/21/15 | Order denying competing motions for Temporary Restraining order and Preliminary Injunction. |
| 4. | 1/27/15 | Plaintiff Venus' Verified Complaint for Specific Performance, Declaratory Judgment and Injunctive Relief. |
| 5. | 1/28/15 | Plaintiff Venus Laboratories, Inc.'s Summons |
| 6. | 2/2/15 | Agreed Order for John Vlahakis to File First Amended Complaint. |
| 7. | 2/2/15 | Order: Agreed Temporary Restraining Order |
| 8. | 2/2/15 | Order for Consolidation of 2015 CH 000015 and 2015 MR 000131 |
| 9. | 2/3/15 | Plaintiff John Vlahakis' Verified First Amended Complaint for Equitable and Other Relief. |
| 10. | 2/4/15 | Order: Plaintiff John Vlahakis' TRO denied. |
| 11. | 2/4/15 | Order: Plaintiff John Vlahakis' Request for Expedited Discovery for Preliminary Injunction Granted. |
| 12. | 2/5/15 | Order: Set briefing schedule on Defendants Venus and Kelly's Motion to Dismiss; Set briefing schedule on Plaintiff John Vlahakis' Preliminary, Injunction; and hearing on Preliminary Injunction is set for 7/7/15. |
| 13. | 2/23/15 | Plaintiff John Vlahakis' Verified Second Amended Complaint for Equitable and Other Relief |